IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CAROLYN A. LAWHON,                           )
                                             )
      Plaintiff,                       )
                                             )
v.                                           )          5:16-CV-54-GCM
                                             )
CAROLYN W. COLVIN,                           )
Acting Commissioner of Social Security,      )
                                             )
      Defendant.                       )

**ORDER**

      Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, has moved this

Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her

decision with a remand of the case for further administrative proceedings. Plaintiff's counsel has

indicated that she does not oppose the Defendant's Motion for Remand.

      Pursuant to the power of this Court to enter a judgment reversing the Commissioner's

decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this

Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C.

§ 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan*

*v. Sullivan*, 501 U.S. 89 (1991).

Signed: October 20, 2016

Graham C. Mullen
United States District Judge